IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00385-MR-WCM

| | |
|---|---|
| LESA PARKER | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| | ) |
| ENCORE REHABILITATION | ) |
| SERVICES, LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 8) filed by Christopher B. Clare. The Motion indicates that Mr. Clare, a member in good standing of the Bar of this Court, is local counsel for Encore Rehabilitation Services and that he seeks the admission of Robert N. Dare, who the Motion represents as being a member in good standing of the Bar of the State of Michigan. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 8) and **ADMITS** Robert N. Dare to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 23, 2021

W. Carleton Metcalf
United States Magistrate Judge