UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil No. 1:20-cv-00385

| | |
|---|---|
| LESA PARKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **JOINT MOTION FOR APPROVAL OF** |
| ENCORE REHABILITATION SERVICES, LLC, | ) **SETTLEMENT OF FLSA ACTION** ) ) ) |
| Defendant. | ) ) |

Plaintiff Lesa Parker ("Plaintiff") and Defendant Encore Rehabilitation Services, LLC, jointly move this Court for an order approving the parties' FLSA Settlement Agreement (Dkt. No. 15.) and approving as reasonable the Settlement Agreement's proposed award of attorneys' fees and costs. In support of this motion, Plaintiff states as follows:

1. Plaintiff filed this federal Fair Labor Standards Act ("FLSA") lawsuit on December 18, 2020, for alleged unpaid overtime violations and failure to pay wages under the North Carolina Wage and Hour Act. (Dkt. No. 1.)

2. The events that gave rise to Plaintiff's FLSA claims is a *bona fide* dispute that has been the subject of contested litigation.

3. In lieu of further contested litigation, Plaintiff and Defendant have agreed to the Proposed Settlement Agreement (Dkt. No. 16, Ex. 1.) to resolve all claims arising out of the events described in Plaintiff's Complaint. Counsel for the parties have negotiated the Proposed Agreement at arm's length.

4. The Proposed Agreement represents a fair and equitable resolution for all parties in this

case.

WHEREFORE, the Plaintiff requests the Court to issue an Order approving the Parties' Settlement Agreement as fair and reasonable and approving an award of attorneys' fees.

Dated: January 20, 2022

Respectfully submitted,

| | |
|---|---|
| /s/ Corey M. Stanton | /s/Robert N. Dare |
| Phillip J. Gibbons, Jr. (NCSB #50276) | Christopher B. Clare (NCSB #39582) |
| Corey M. Stanton (NCSB #56255) | Maria Fracassa Dwyer (P60946) |
| **GIBBONS LAW GROUP, PLLC** | Robert N. Dare (P79207) |
| 14045 Ballantyne Corporate Pl., Ste. 325 | **CLARK HILL PLC** |
| Charlotte, North Carolina | 500 Woodward Ave, Suite 3500 |
| (704) 612-0038 | Detroit, Michigan |
| phil@gibbonslg.com | (313) 965-8300 |
| corey@gibbonslg.com | cclare@clarkhill.com |
| | mdwyer@clarkhill.com |
| *Attorneys for Plaintiff* | rdare@clarkhill.com |
| | *Attorneys for Defendant* |

# CERTIFICATE OF SERVICE

This is to certify that on January 20, 2022, a copy of the foregoing has been filed with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record via electronic mail to the following address:

Christopher B. Clare
Maria Fracassa Dwyer
Robert N. Dare
cclare@clarkhill.com
mdwyer@clarkhill.com
rdare@clarkhill.com

/s/ Corey M. Stanton
Corey M. Stanton, NCSB #56255