THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00385-MR-WCM

| | |
|---|---|
| **LESA PARKER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **ENCORE REHABILITATION** ) | |
| **SERVICES, LLC,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion for Approval of Settlement of FLSA Action. [Doc. 16].

On December 18, 2020, the Plaintiff, Lesa Parker ("Plaintiff"), filed this action against Encore Rehabilitation Services, LLC ("Defendant") alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. (the "FLSA") and the North Carolina Wage and Hour Act, N.C. Gen. Stat. § 95-25.1, et seq. (the "NCWHA"). [Doc. 1]. On January 20, 2022, the parties filed the present motion seeking approval of a settlement agreement. [Doc. 16].

Upon review of the parties' "Settlement Agreement, Release of All Claims and Confidentiality Agreement" [Doc. 17-1], and for the reasons

stated in the parties' Memorandum of Law in Support of Joint Motion for Approval of Settlement of FLSA Action [Doc. 17],

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion for Approval of Settlement of FLSA Action [Doc. 16] is **GRANTED**, and the parties' "Settlement Agreement, Release of All Claims and Confidentiality Agreement" [Doc. 17-1] is hereby **APPROVED**.

**IT IS FURTHER ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: February 28, 2022

Martin Reidinger
Chief United States District Judge