UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| LESA PARKER, ) <br> ) <br>     **Plaintiff** ) <br>  v. ) <br> ) <br> ENCORE REHABILITATION ) <br> SERVICES, LLC, ) <br> ) <br> ) <br>     **Defendant** ) <br> ) <br> ) | Civil No. 1:20-cv-00385-MR-WCM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Lesa Parker ("Plaintiff") and Defendant Encore Rehabilitation Services, LLC ("Defendant"), by and through the parties' respective counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of the above action, with prejudice, with each party to bear its own costs and fees. Accordingly, the parties request the Court enter an order dismissing this action with prejudice, each party to bear its own costs and fees.

SIGNATURE PAGE TO FOLLOW

Date: March 7, 2022

| | |
|---|---|
| /s/ Corey M. Stanton<br>Corey M. Stanton, NCSB #56255<br>Philip J. Gibbons, Jr., NCSB #50276<br>**GIBBONS LAW GROUP, PLLC**<br>14045 Ballantyne Corp. Pl., Ste. 325<br>Charlotte, NC 28277<br>Telephone: (704) 612-0038<br>Facsimile: (704) 612-0038<br>Email: corey@gibbonslg.com<br>           phil@gibbonslg.com<br><br>*Attorneys for Plaintiff* | /s/ Robert N. Dare<br>Robert N. Dare<br>Maria Fracassa Dwyer<br>(admitted *pro hac vice*)<br>**CLARK HILL PLC**<br>500 Woodward Ave., Suite 3500<br>Detroit, MI 48226<br>Telephone: (313) 965-8300<br>Email: rdare@clarkhill.com<br>           mdwyer@clarkhill.com<br><br>Christopher B. Clare, NCSB #39582<br>**CLARK HILL PLC**<br>1001 Pennsylvania Ave. NW, Ste. 1300 South<br>Washington, D.C. 20004<br>Telephone: (202) 572-8671<br>Email: cclare@clarkhill.com<br><br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

This is to certify that on March 7, 2022, the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the appropriate CM/ECF participants.

/s/ Corey M. Stanton

*Attorney for Plaintiff*